# United States Court of Appeals
For the Seventh Circuit
Chicago, Illinois 60604

Submitted March 2, 2007
Decided March 13, 2007

**Before**

Hon. FRANK H. EASTERBROOK, *Chief Judge*

Hon. RICHARD A. POSNER, *Circuit Judge*

No. 07-1201

| | |
|---|---|
| CARLOS D. KNOX, *Petitioner-Appellant,* | Appeal from the United States District Court for the Southern District of Illinois |
| *v.* | |
| UNITED STATES OF AMERICA, *Respondent-Appellee.* | No. 00 CR 40072 <br><br> J. Phil Gilbert, *Judge.* |

### ORDER

Carlos Knox was convicted in 2001 of possession with intent to distribute crack; he was sentenced to 420 months. We affirmed. *See United States v. Knox*, 301 F.3d 616 (7th Cir. 2002). Knox filed a collateral attack under 28 U.S.C. § 2255, which the district court denied. We denied a certificate of appealability. Knox then filed a motion seeking the reversal of his criminal conviction. The district court dismissed this filing as an unauthorized attempt to file a successive collateral attack. Knox appeals that dismissal but, because the district court correctly interpreted his filing as a second unauthorized collateral attack, we DENY a certificate of appealability. *See Thurman v. Gramley*, 97 F.3d 185 (7th Cir. 1996). We also DENY Knox's motion to proceed in forma pauperis.